**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CRIMINAL DOCKET NO. 5:04cr62-V**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **GELACIO ARROYO-BENITEZ - 1** | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own motion to continue the sentencing hearing scheduled for 12 September in the Statesville Division.

**IT IS, THEREFORE, ORDERED** that the sentencing hearing is hereby continued from the September 2005 sentencing term in the Statesville Division to the next available sentencing term.

**Signed: September 7, 2005**

Richard L. Voorhees
United States District Judge